UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff | § | |
| | § | CIVIL ACTION B-03-016 |
| versus | § | (Claim: 81109) |
| | § | |
| RAUL CORONADO, | § | |
| | § | |
| Defendant | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Cameron County, Texas, and may be served with process at 1014 E. Jackson Street, Harlingen, Texas 78550.

3. *The Debt.* The debt owed the United States as of the date of the Certificate of Indebtedness is:

   | | | | |
   | --- | --- | --- | ---: |
   | A. | Current principal | $ | 2,590.16 |
   | B. | Interest (capitalized and accrued) | $ | 2,017.32 |
   | C. | Administrative fees, costs, penalties | $ | 0.00 |
   | D. | Attorney's fees | $ | 550.00 |
   | E. | Balance due | $ | 5,157.48 |
   | F. | Prejudgment interest accrues at | | |
   | | 9.00% per annum being $ 0.64 per day. | | |

   The current principal in paragraph 3 A is after credits of $ 0.00.

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4. *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

   A. The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B. Attorney's fees; and,

   C. Other relief the court deems proper.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÌA, P.C.

By: _____
M. H. Cersonsky
State Bar: 04048500, Fed #5082
Jim L. García
State Bar: 07636700, Fed #8115
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038

Attorneys for Plaintiff

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

RAUL CORONADO
AKA: N/A
1014 E JACKSON
HARLINGEN, TX 78550

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 7/22/98.

On or about 12/02/82, 01/07/83, 03/09/83 & 06/01/83 the borrower executed promissory note(s) to secure loan(s) of $625.00, $625.00, $625.00 & $625.00 from Hinson-Hazelwood College Student Loan Program, Austin, TX at 9.00 percent interest per annum. This loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 6/1/85, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,590.16 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 11/24/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 2,590.16 |
| Interest: | $ 2,017.32 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees | $ 0.00 |
| Total debt as of 7/22/98 | $ 4,607.48 |

Interest accrues on the principal shown here at the rate of $0.64 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/29/98   Name: _Joan Dyer_
Title   Loan Analyst
Branch   Litigation Branch



PLAINTIFF'S EXHIBIT A

Title 5 U.S.C.A. §552a (e)(5),(g)(4). and <u>SELLERS VS. BUREAU OF PRISONS.</u>

I filed a MOTION TO MODIFY TERMS OF SUPERVISED RELEASE in the sentencing Court, the Court denied this Motion stating that I did not present ' a changed circumstance ', I did in fact argue and present a <u>changed circumstance</u>, I completed the federal bureau of Prisons Drug Abuse Program (DAP). I completed this even though the sentencing court failed to include this requirement in my Judgment and Commitment. One would think that the Court would have ORDERED this requirement if the Court and Probation Officer thought I had a substance abuse problem.

## CONCLUSION

## RELIEF REQUESTED

1.) I request that the Sentencing Court forward to the Chief Judge all pleading submitted by me concerning the Motion to Modify Terms of Supervised Release that I filed in the U.S. Court, Brownsville Division.

2.) That any and **all** records maintained by the United States Probation Office be corrected in its entirety to reflect **<u>correct, current</u>** and **<u>accurate</u>** information; with special emphasis on any alleged drug or alcohol abuse.

3.) Due to the **<u>fact</u>** that I have suffered and sustained damages due to an adverse determination, I request to be awarded damages as prescribed by STATUTE in the amount of $50,000 from each government employee that is responsible for inaccurate information in my files, records or presentence report.

4.) I request to be allowed to resubmit <u>objections</u> to the pre-sentence report so that it will contain accurate information.

5

5.) I further request that the Chief Judge issue a Temporary Restraining Order barring the United States Probation Office from forcing me into a rehabilitation center for a cure for a problem that I do not have. This is a direct restriction on my liberty. And any and all such other relief that I may be justly entitled to as a matter of law.

DATED: 7/4/03

Respectfully submitted,

Ronald Lee Lewis
Fed. Reg. No. 64658-079
Federal Correctional Complex
P.O. BOX 26040
Beaumont, Texas 77720-6040

## CERTIFICATE OF SERVICE

I hereby certify that on the below listed date I forwarded copies of this Complaint for Damages to: 1.) Sentencing U.S. District Judge, H. Tagle; 2.) U.S. Probation Officer, Mr. Michael Gonzalez, 3.) U.S. Court of Appeals for the Fifth Circuit; 4.) To the Chief Judge for the southern District of Texas , 5.) to the Assistant United States Attorney for the Southern district of Texas, Brownsville Division by placing the same in the United States mail first class postage prepaid.

DONE THIS 4th DAY OF July 2003

Ronald Lee Lewis
Complainant Pro Se

6

Dear Clerk,

Please find enclosed my COMPLAINT FOR DAMAGES pursuant to Title 5 USC §552a ect. There is no filing fee for this.

Please file one copy with the court and file mark the extra page number one and return to me in the enclosed self addressed stamped envelope.

Please assign this a case number as this is a formal complaint. thanking you in advance for your timely assistance in this matter.

DATED: 7/4/03

Sincerely,

Ronald Lee Lewis

cc/file