5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No.: B-03-016<br>(Claim No. 81109) |
| RAUL CORONADO, | § § | |
| Defendant. | § § | |

United States District Court
Southern District of Texas
FILED

APR 1 8 2003

Michael N. Milby
Clerk of Court

## REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Raul Coronado, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1.  Plaintiff filed suit against Defendant on January 10, 2003. Defendant was personally served with a copy of the Citation and Summons on March 18, 2003 by Lone Star Private Processor Gabriel Vega, Jr., which executed summons was filed with the Court on or about March 24, 2003.

2.  As of April 16, 2003 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent certified mail return receipt requested and regular mail on April 17, 2003, to:

Raul Coronado
1014 E. Jackson Street
Harlingen, Texas 78550

M.H. Cersonsky