United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No.: B-03-016 (Claim No. 81109) |
| RAUL CORONADO, | § § § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Raul Coronado has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Raul Coronado:

| | |
|---|---|
| Principal Balance: | $ 2,590.16 |
| Total Interest Accrued (As of July 22, 1998) | $ 2,017.32 |
| Administrative Charges | $     0.00 |
| Attorney's Fees | $   550.00 |
| | $ 5,157.48 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $ 5,157.48 |

Interest Rate:    9.00
Daily Accrual:    0.64

Post-judgment interest at _1.25_% per annum.

Signed _May 7_, 2003, at Brownsville, Texas.

_____
United States District Judge