| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
Vs. §   CIVIL ACTION B-03-016
§   (Claim 81109)
RAUL CORONADO, §
§
    Defendant. §

## ABSTRACT OF JUDGMENT

| Date Judgment Entered | 05-08-03 |
|---|---|
| Judgment in Favor of: | UNITED STATES OF AMERICA<br>c/o Plaintiff's Attorney (*See Below)<br>Alonso, Cersonsky & García, P.C. |
| Judgment Against: | RAUL CORONADO |
| Amount of Judgment: | $2,590.16 in principal;<br>$2,017.32 total interest accrued as of 07-22-98 |
| Amount of Costs: | $550.00 in Attorney's Fees |
| Pre-judgment Rate of Interest: | $0.64 Per Diem (9.00% Per Annum) |
| Post-judgment Rate of Interest: | 1.25% |
| Amount of Credits Since Judgement: | None. |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court for the Southern District of Texas, in the above captioned case.

Dated:    JUN 20 2006

MICHAEL N. MILBY, Clerk

By: _____
                Deputy Clerk

* Return to: ALONSO, CERSONSKY & GARCÍA, P.C.
            5065 Westheimer, Suite 600
            Houston, Texas 77056

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-03-016 |
| RAUL CORONADO, | § | (Claim No. 81109) |
| Defendant. | § | |

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Raul Coronado has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Raul Coronado:

| | |
| --- | --- |
| Principal Balance: | $ 2,590.16 |
| Total Interest Accrued (As of July 22, 1998) | $ 2,017.32 |
| Administrative Charges | $ 0.00 |
| Attorney's Fees | $ 550.00 |
| | $ 5,157.48 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $ 5,157.48 |

Interest Rate: 9.00
Daily Accrual: 0.64

Post-judgment interest at 1.25% per annum.

Signed May 7, 2003, at Brownsville, Texas.

United States District Judge